DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YEN BYER,**
Appellant,

v.

**LORNA PRATT** and **HARINDA YASAS HETTIARACHCHI,**
Appellees.

No. 4D16-4154

[November 1, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 2015CA008489XXXXMB.

Frank B. Kessler, West Palm Beach, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed. See Held v. U.S. Bank Nat'l Ass'n for C-Bass 2007-CB7 Tr., Mortg. Loan Asset-Backed Certificates, Series 2006-CB7*, 217 So. 3d 1039 (Fla. 4th DCA 2017); *Turner v. FIA Card Servs., N.A.*, 51 So. 3d 1242 (Fla. 3d DCA 2011); Fla. R. Civ. P. 1.420(e).

WARNER, GROSS and TAYLOR, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***